NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CROSS MATCH TECHNOLOGIES, INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**SUPREMA, INC. AND MENTALIX, INC.,**
*Intervenors.*

---

2012-1026, -1124

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-720.

-------------------------------------------------

---

**SUPREMA, INC. AND MENTALIX, INC.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

## CROSS MATCH TECHNOLOGIES, INC.,
*Intervenor.*

---

2012-1170

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-720.

---

## ON MOTION

---

## ORDER

Cross Match Technologies, Inc., Suprema; Inc., and Mentalix, Inc. jointly move to align the briefing schedule in 2012-1026, -1124 with the briefing schedule in 2012-1170, and for an extension of time, until May 7, 2012, for Cross Match Technologies, Inc. to file its opening brief. The International Trade Commission does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The appellants' opening briefs in 2012-1026, -1124 and 2012-1170 are due May 7, 2012.

FOR THE COURT

APR 1 1 2012
_____
    Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 1 2012

JAN HORBALY
CLERK

cc:   Maximilian A. Grant, Esq.
      Clint A. Gerdine, Esq.
      Darryl M. Woo, Esq.

s21